308

COM.

v.

GARLAND, R.

2153 EDA 2016

Superior Court of Pennsylvania.

03/13/2017

CP–51–CR–0000749–2015
(Philadelphia)

Affirmed/Reversed

IN the INTEREST OF: A.L.
& S.Q.L., Minors

2784 EDA 2016

Superior Court of Pennsylvania.

03/13/2017

CP–51–AP–0000532–2016
CP–51–AP–0000533–2016
(Philadelphia)

Affirmed

COM.

v.

J.J.B., a Minor

765 MDA 2016

Superior Court of Pennsylvania.

03/13/2017

CP–49–JV–0000206–2015
(Northumberland)

Remanded

COM.

v.

PEARCE, J., III

773 MDA 2016

Superior Court of Pennsylvania.

03/13/2017

CP–40–CR–0002268–2013
(Luzerne)

Remanded Jurisdiction Retained